JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARDIA KARIMI, and BATOOL JABBARIAN,<br><br>         Plaintiffs,<br><br>   v.<br><br>ANTONY J. BLINKEN, in his official capacity as U.S. Secretary of State, JULIE M. STUFFT, in her official capacity as Acting Deputy Assistant Secretary and Managing Director for Visa Services Bureau of Consular Affairs, and<br>STEPHANIE ZAKHEM, in their official capacity as Counsel General—U.S. Embassy, Yerevan,<br><br>         Defendants. | Case No. 8:23-cv-01075-JWH-DFM<br><br>**JUDGMENT** |

Pursuant to the Order Granting Defendants' Motion to Dismiss [ECF No. 27],

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. This Court possesses subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1331.

2. Defendants Blinken, Stufft, and Zakhem shall have **JUDGMENT** in their **FAVOR**, and **AGAINST** Plaintiffs Karimi and Jabbarian. Plaintiffs shall take nothing by way of their complaint. This action is **DISMISSED without prejudice**.

3. To the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: April 29, 2024

John W. Holcomb
UNITED STATES DISTRICT JUDGE